JOHN SAXTON et al., Respondents, v. FRED SCHOPFER, Appellant.—

Memorandum: As we view this, at the time of the application of the plaintiff for judgment upon prior settlement negotiations, it appeared that the parties, through their attorneys, had mutually stipulated to restore the case to the calendar for trial and that an order so restoring it had been made. In our opinion, such stipulation and order effectively nullified any settlement agreement previously had and left the court without authority to enter judgment. All concur. (Appeal from an order denying defendant's motion to set aside the order and judgment in favor of plaintiffs and to restore the case to the calendar.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

FRED REIN, Respondent, v. THEODORE GLAHN et al., as Administrators C. T. A., of MAY E. GLAHN, Deceased, Defendants. CHARLES P. WORTMAN, Appellant.— All concur. (Appeal by Charles P. Wortman from two orders: (1) canceling his *lis pendens* herein, and (2) denying his motion to amend his first notice of appeal.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

MAY B. KAECHER, as Administratrix of the Estate of CLARENCE R. KAECHER, SR., Deceased, Respondent, v. CYCLOTHERM CORPORATION, Appellant.— All concur. (Appeal from an order denying defendant's motion to change the place of trial from Oswego County to Jefferson County.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

CHARLOTTE LEZYNSKI, as Administratrix of the Estate of PETER LEZYNSKI, Deceased, Appellant, v. WILLIAM J. J. KUNZIE, Respondent.— Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See *ante*, p. 968.]

■

ERIE COUNTY WATER AUTHORITY, Respondent-Appellant, v. WESTERN NEW YORK WATER COMPANY, Appellant-Respondent, et al., Defendants.— Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See *ante*, p. 969.]

■

BERNICE SCHWANDNER, Appellant, v. FRED CARLO, Defendant, and WILLIAM H. SLATE, Respondent.— Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante*, p. 969.]